**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 29, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00554-CV**

---

**IN RE K.C., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. 20FD2246**

---

## MEMORANDUM OPINION

On July 28, 2022, relator K.C. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Kerri Foley, presiding judge

of the County Court at Law No. 2 of Galveston County, to set aside her March 24, 2022 sanctions order.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion to stay.

PER CURIAM

Panel consists of Justices Zimmerer, Hassan, and Poissant.